UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NATIONAL LABOR RELATIONS BOARD,

    Applicant,                                                          Case No. 3:18-mc-2

vs.

FUYAO GLASS AMERICA, INC.,            District Judge Thomas M. Rose
                                                                  Magistrate Judge Michael J. Newman

    Respondent.
_____

**ORDER AND ENTRY ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 6)**
_____

       The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #6), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. #6) is **ADOPTED** in full; (2) Applicant's unopposed motion to withdraw its application to enforce a subpoena *duces tecum* (Doc. #5) is **GRANTED**; and (3) this case is **TERMINATED** on the Court's docket.

       **IT IS SO ORDERED.**

Date:  9/18/2018                                                                 *s/Thomas M. Rose
                                                                                      Thomas M. Rose
                                                                                      United States District Judge